IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action Number **1:06-cr-00119-UWC-JEO** |
| **MITCHELL LEON FARKAS**, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

This matter is before the court on the motions of Defendant Mitchell Leon Farkas to suppress the weapons that form the basis of this prosecution (Doc. 8) and to dismiss the indictment (Doc. 10) on the ground that the failure of the United States to indict the defendant until after he pled guilty on an outstanding federal charge in Louisiana and three and one-half years after the events leading to his arrest violate his right to a speedy trial. The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the motion to suppress the weapons and the motion to dismiss the indictment are due to be denied.

Done this 20th day of June, 2006.

_____
U.W. Clemon
Chief United States District Judge